JOSEPH TOEG, Respondent, *v.* MAX MARGOLIES, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

*Seymour J. Ugelow* and *A. Alfred Conrad* for motions.
*Louis P. Goldberg* opposed.

Motions granted and appeals dismissed, with costs and $10 costs of motion, upon the ground that the orders do not finally determine the action within the meaning of the Constitution.